# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>Plaintiffs,<br>v.<br><br>GOLDEN WEST ENVELOPE CORPORATION, a California Corporation<br><br>Defendant. | Case No.: 2:17-CV-00603-ODW (JPRx)<br><br>**[PROPOSED] ORDER ON STIPULATION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT GOLDEN WEST ENVELOPE CORPORATION**<br><br>Complaint Filed: January 25, 2017 |

IT IS ORDERED that Judgment be entered in the above-entitled action against Defendant Golden West Envelope Corporation pursuant to the terms of the Stipulation for Entry of Judgment entered into by Plaintiffs and Defendant Golden West Envelope Corporation. and filed with this Court.

The Court retains jurisdiction over the parties at their request in order to enforce the Stipulation for Judgment until full performance of its terms.

Dated:_____

_____
HON. OTIS D. WRIGHT
United States District Judge